# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Peebles, David E. | 2. Court or Organization<br><br>U.S. District Court - NYND | 3. Date of Report<br><br>06/18/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (Recall Status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/1/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| U.S. District Court<br>P.O. Box 7345<br>Syracuse, New York l3261-7345 |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Founding Member | Albany Intellectual Property and Innovations American Inns of Court |
| 2. Power of Attorney | ▨ (Mother) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peebles, David E. | 06/18/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Upstate Department of Medicine, Syracuse, New York - Salary |
| 2. | 2019 | Research Foundation of SUNY, Albany, New York - Salary |
| 3. | 2019 | Self-Employed Expert Consultant (Physician) |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Peebles, David E.** | 06/18/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Albany Intellectual Property and Innovations Americans Inns of Court | Honorary Membership (dues, like privileges) | $400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | The Student Loan Corp. (Navient) | Student Loans | K |
| 2. | Chase Bank | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Peebles, David E.** | 06/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Summit Planning Group Acct. (H) | | | | | | | | | |
| 2. - Vanguard Prime Money Mkt. Fund (VMMXX) | A | Interest | | | Sold | 06/25/19 | J | B | |
| 3. - Vanguard Target Retirement 2020 (VTWNX) | B | Dividend | K | T | | | | | |
| 4. - Vanguard Growth Index Fund (VIGAX) | A | Dividend | K | T | | | | | |
| 5. - Vanguard 500 Index Fund (VFIAX) | B | Dividend | M | T | | | | | |
| 6. - Vanguard Value Index Fund (VVIAX) | A | Dividend | K | T | | | | | |
| 7. - CISCO Systems, Inc. (CSCO) | A | Dividend | J | T | | | | | |
| 8. - Intel Corp. (INTC) | A | Dividend | K | T | | | | | |
| 9. - Nokia Corp. (NOK) | A | Dividend | J | T | | | | | |
| 10. - Transwitch Corp. (TXCCQ) | A | Dividend | J | T | | | | | |
| 11. - Walgreen Boots Alliance Inc. (WBA) f/k/a Walgreen Co. | B | Dividend | L | T | | | | | |
| 12. - Fidelity Select Portfolios Biotechnology Fund (FBIOX) | B | Dividend | K | T | | | | | |
| 13. - Marsico Inv. Fund - Focus Fund (MFOCX) | B | Dividend | K | T | | | | | |
| 14. - BlackRock Event-Driven Equity Funds | | | | T | Buy | 12/27/19 | N | | |
| 15. - SPDR Gold Trust (GLD) | | | | T | Buy | 06/25/19 | J | | |
| 16. - SPDR Gold Trust (GLD) | | | | T | Buy | 06/25/19 | K | | |
| 17. - SPDR Gold Trust (GLD) | | | | T | Buy | 06/25/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peebles, David E. | 06/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Nuveen Short-Duration High Yield Muni Fund (NVHIX) | B | Dividend | | T | Buy | 09/25/19 | M | | |
| 19. - Nuveen Short-Duration High Yield Muni Fund (NVHIX) | B | Dividend | | T | Buy | 10/31/19 | N | | |
| 20. - ProShares Short QQQ ETF (PSQ) | A | Dividend | | | Buy | 06/25/19 | J | | |
| 21. - ProShares Short QQQ ETF (PSQ) | A | Dividend | | | Buy | 10/31/19 | M | | |
| 22. - ProShares Short QQQ ETF (PSQ) | | | | | Sold | 11/27/19 | M | | |
| 23. - Invesco QQQ ETF (QQQ) | A | Dividend | | T | Buy | 11/27/19 | N | | |
| 24. - ProShares Short Russell 2000 ETF (RWM) | | | | | Buy | 10/31/19 | M | | |
| 25. - ProShares Short Russell 2000 ETF (RWM) | | | | | Sold | 11/27/19 | M | | |
| 26. - ProShares Short S&P 500 ETF (SH) | | | | | Buy | 10/31/19 | O | | |
| 27. - ProShares Short S&P 500 ETF (SH) | | | | | Sold | 12/05/19 | N | | |
| 28. - iShares 1-3 Year Treasury Bond ETF (SHY) | C | Dividend | | T | Buy | 09/25/19 | L | | |
| 29. - iShares 1-3 Year Treasury Bond ETF (SHY) | C | Dividend | | T | Buy | 10/31/19 | O | | |
| 30. - Vanguard Wellesley Income Fund (VWIAX) | | | | | Sold | 05/13/19 | K | | |
| 31. - Vanguard Total Stock Market Index Fund (VTSAX) | | | | T | Buy | 12/27/19 | N | | |
| 32. | | | | | | | | | |
| 33. Vanguard IRA | A | Interest | K | T | | | | | |
| 34. Bank of America Accounts | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peebles, David E. | 06/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Summit FCU Accounts | A | Interest | J | T | | | | | |
| 36. Solvay Bank Accounts | A | Interest | M | T | | | | | |
| 37. American Express Savings Acct. | B | Interest | M | T | | | | | |
| 38. Marshe, LLC | A | Dividend | L | U | | | | | |
| 39. Upstate Med. Univ. Dept. of Med. Profit Sharing | F | Dividend | P1 | T | | | | | |
| 40. Research Founda. of SUNY Retirem. Plan | E | Dividend | N | T | | | | | |
| 41. Vanguard Total Stock Mkt. Index Inv. (IRA) | A | Dividend | K | T | | | | | |
| 42. Research Foundation of SUNY optional Ret. Savings Acct. (No Control) | E | Dividend | N | T | | | | | |
| 43. NY 529 College Savings Program (Age Based) Aggressive Growth Portfolio | A | Dividend | J | T | | | | | |
| 44. NY 529 College Savings Program (Age Based) Aggresive Growth Portfolio | A | Dividend | J | T | | | | | |
| 45. Morgan Stanley Brokerage Acct. (H) | | | | | | | | | |
| 46. - Verizon Communications (VZ) | A | Dividend | J | T | | | | | |
| 47. - The Financial Sel Sect. SPDR FD (XLF) | A | Dividend | J | T | | | | | |
| 48. - Public Storage 6%-Z (PSA.Z) | A | Dividend | | | Sold | 06/27/19 | J | B | |
| 49. - Nextera Energy Inc. (NEE) | A | Dividend | J | T | | | | | |
| 50. - Merck & Co. New Com. (MRK) | A | Dividend | | | Sold (part) | 02/14/19 | J | B | |
| 51. - Merck & Co. New Com. (MRK) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Ishares US Aerospace & DEF EFT (ITA) | A | Dividend | J | T | | | | | |
| 53. - Home Depot Inc. (HD) | A | Dividend | J | T | | | | | |
| 54. - Crown Castle Int'l Corp. (CCI) | A | Dividend | J | T | | | | | |
| 55. - CISCO Sys. Inc. (CSCO) | A | Dividend | | | Sold | 02/14/19 | J | B | |
| 56. - Anheuser Busch Inbev SA Spon (BUD) | A | Dividend | J | T | | | | | |
| 57. - Amgen Inc. (AMGN) | A | Dividend | J | T | | | | | |
| 58. - Morgan Stanley Private Bank NA | A | Interest | J | T | | | | | |
| 59. Morgan Stanley IRA (H) | | | | | | | | | |
| 60. - Morgan Stanley Bank NA | A | Interest | L | T | | | | | |
| 61. - Bank of America Corp. (BAC-A) | A | Dividend | K | T | Buy | 11/07/19 | K | | |
| 62. - Metlife Inc. 5.62% NCUMPFD E (Met.E) | A | Dividend | J | T | Buy | 12/18/19 | J | | |
| 63. - Truist F. Corp. Dep Rp PFDH (TFC.H) | A | Dividend | J | T | Buy | 11/07/19 | J | | |
| 64. - Prudential Financial Ins. 5.625% (PRS) | B | Dividend | K | T | Buy | 12/02/19 | K | | |
| 65. -AT&T inc. 5.625% (TBC) | B | Dividend | K | T | Buy | 12/02/19 | K | | |
| 66. - Nextera Energy Capital Holdings 5.25% - K (NEE.K) | A | Dividend | K | T | Buy | 11/07/19 | J | | |
| 67. - Nextera Energy Capital Holdings 5.25% - K (NEE.K) | A | Dividend | | T | Buy (add'l) | 12/02/19 | J | | |
| 68. - Dominion Energy Inc. 5.25% (DRUA) | A | Dividend | K | T | Buy | 12/18/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peebles, David E. | 06/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - DTE Energy Co. SER E 5.25% (DTW) | A | Dividend | K | T | Buy | 12/18/19 | K | | |
| 70.  - Duke Energy Corp. 5.62% (DUKB) | A | Dividend | K | T | Buy | 11/17/19 | K | | |
| 71.  - Duke Energy Corp. 5.62% (DUKB) | A | Dividend | | T | Buy (add'l) | 12/02/19 | J | | |
| 72.  - CMS Energy Corp. 5.875% (CMSC) | A | Dividend | K | T | Buy | 12/02/19 | K | | |
| 73.  - MSIF Ultra-Short Income A Mutual Fund (MUAIX) | A | Dividend | M | T | Buy | 09/29/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peebles, David E. | 06/18/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David E. Peebles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544